# United States Court of Appeals for the Federal Circuit

## 2011-5011: HOMESOURCE REAL ESTATE V US

U.S. Court of Federal Claims
Chief Judge Emily C. Hewitt

Lower Court/Agency #: 10-CV-416
Nature of Suit: 140
Case Type: Civil US

Notice of Appeal and Certified List Received: 10/12/2010
Notice of Appeal Filed: 10/12/2010
Docketed and Notice Sent to Parties: 10/13/2010
Certified List Filed: 10/13/2010

Fee Paid: 10/12/2010
Fee Amount: 455.00     Receipt No: 071464

| **Date** | **Event Summary** |
|---|---|
|  | Nothing Due |
| 12/13/2010 | Appellant Principal Brief Filing Date |
| 01/27/2011 | Appellee or Cross Appellant Principal Brief Filing Date |
| 02/14/2011 | Appellant Reply Brief Filing Date |
|  | Appellee or Cross Appellant Reply Brief Filing Date |
| 02/22/2011 | Appendix Filing Date |
| 05/02/2011 | Oral Argument Date/Calendared |
| 05/04/2011 | Disposition: Affirmed; Panel |
| 07/14/2011 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-5011:  HOMESOURCE REAL ESTATE V US

## List of Parties/Representation

**Party Type/Name**  |  **Represented by**

**Plaintiff-Appellant**

Homesource Real Estate Asset Services, Inc.

John M. Murdock
  Benton, Potter & Murdock, P.C.
  Suite 210
  400 S. Maple Avenue
  Falls Church, VA  22046
  Phone #: (703)992-9255
  Fax #: (703)832-0211
  Email: jm@bpmlawyers.com
  Bar admit: 11/09/2010
  EOA Filed: 11/10/2010
  Principal Attorney

James S. DelSordo
  Argus Legal, LLC
  9255 Center Street
  Suite 307
  Manassas, VA  20110
  Phone #: (703)368-8770
  Fax #: (703)368-8772
  Email: delsordo@arguslawfirm.com
  Bar admit: 05/10/1996
  EOA Filed: 11/04/2010

Janine S. Benton
  Benton, Potter & Murdock, P.C.
  Email: jb@bpmlawyers.com
  Bar admit: 12/08/2010
  EOA Filed: 12/09/2010

# United States Court of Appeals for the Federal Circuit

## 2011-5011:  HOMESOURCE REAL ESTATE V US

| Party Type/Name | Represented by |
|---|---|
| **Defendant** | |
| BLB Resources, LLC | John G. Horan<br>  McKenna Long & Aldridge, LLP<br>  1900 K Street, N.W.<br>  Washington, DC  20006-1108<br>  Phone #: (202)496-7215<br>  Fax #: (202)496-7756<br>  Email: jhoran@mckennalong.com<br>  Bar admit: 03/02/2005<br>  EOA Filed:   / /<br>  Principal Attorney |
| **Defendant-Appellee** | |
| Home Telos, LP (a/k/a HomeTelos, LP) | J. Alex Ward<br>  Jenner & Block LLP<br>  1099 New York Avenue NW<br>  Suite 900<br>  Washington, DC  20001<br>  Phone #: (202)639-6068<br>  Fax #: (202)639-6066<br>  Email: AWard@Jenner.com<br>  Bar admit: 10/26/2010<br>  EOA Filed: 11/05/2010<br>  Principal Attorney<br><br>Eric R. Haren<br>  Jenner & Block LLP<br>  Email: EHaren@Jenner.com<br>  Bar admit: 10/26/2010<br>  EOA Filed: 10/26/2010<br><br>Leslie H. Lepow<br>  Jenner & Block LLP<br>  Email: LLepow@Jenner.com<br>  Bar admit: 03/17/1983<br>  EOA Filed: 10/26/2010 |

# United States Court of Appeals for the Federal Circuit

## 2011-5011:  HOMESOURCE REAL ESTATE V US

| Party Type/Name | Represented by |
|---|---|
| | Damien C. Specht<br>  Jenner & Block LLP<br>  Email: dspecht@jenner.com<br>  Bar admit: 09/26/2008<br>  EOA Filed: 10/26/2010 |
| Ofori and Associates | Joseph P. Hornyak<br>  Holland & Knight, LLP<br>  1600 Tysons Boulevard<br>  Suite 700<br>  McLean, VA  22102-4867<br>  Phone #: (703)620-8052<br>  Fax #: ()-<br>  Email: joseph.hornyak@hklaw.com<br>  Bar admit: 04/04/1996<br>  EOA Filed: 10/21/2010<br>  Principal Attorney<br><br>Jacob William Scott<br>  Holland & Knight, LLP<br>  Email: jacob.scott@hklaw.com<br>  Bar admit: 10/22/2010<br>  EOA Filed: 10/22/2010 |
| United States | Joseph E. Ashman<br>  Department of Justice<br>  1100 L Street, NW<br>  Room 4048<br>  Washington, DC  20002<br>  Phone #: (202)353-7578<br>  Fax #: (202)353-7988<br>  Email: joseph.ashman@usdoj.gov<br>  Bar admit:  / /<br>  EOA Filed: 10/14/2010<br>  Principal Attorney |

# United States Court of Appeals for the Federal Circuit

## 2011-5011:  HOMESOURCE REAL ESTATE V US

| **Party Type/Name** | **Represented by** |
|---|---|
|  | Todd P. Maiberger<br>  Department of Housing and Urban Development<br>  451 Seventh Street, S.W.<br>  Room 8142<br>  Washington, DC  20410<br>  Phone #: (202)402-5369<br>  Fax #: (202)619-8155<br>  Email: todd.p.maiberger@hud.gov<br>  Bar admit:   /  /<br>  EOA Filed: 01/21/2011 |

Generated:  4/17/2013 at 8:51 AM                                                                                      Page 5 of 11

# United States Court of Appeals for the Federal Circuit

## 2011-5011:  HOMESOURCE REAL ESTATE V US

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 10/13/2010 | F | 1 | Appeal docketed on 10/13/2010. EOD(10/13/2010 by CLT) 2011-5011 |
| 10/13/2010 | O | 2 | Official Caption.  Court Service - 10/13/10.  Filed: 10/13/10. REV(10/14/10 by CLT)  2011-5011 |
| 10/13/2010 | O | 3 | Note to file: Confidential version of the CFC's opinion is placed in the vault.  No Service Required.  Entered: 10/13/10. REV(10/13/10 by CLT)  2011-5011 |
| 10/15/2010 | O | 4 | Entry of Appearance for Joseph E. Ashman as principal attorney on behalf of the defendant-appellee, the United States.  Mail Service - 10/14/10.  Filed: 10/14/10. REV(10/15/10 by SCN) 2011-5011 |
| 10/25/2010 | O | 5 | Entry of appearance for Joseph P. Hornyak as principal counsel on behalf of appellee, Ofori & Associates, P.C.  Mail Service - 10/21/10.  Filed: 10/21/10. REV(10/26/10 by SCN)  2011-5011 |
| 10/25/2010 | O | 6 | Entry of appearance for Jacob W. Scott as counsel on behalf of appellee, Ofori & Associates, P.C.  Mail Service - 10/21/10. Filed: 10/22/10. REV(10/26/10 by SCN)  2011-5011 |
| 10/25/2010 | O | 7 | Certificate of Interest for the appellee, Ofori and Associates. Mail Service - 10/21/10.  Filed: 10/21/10. REV(10/26/10 by SCN)  2011-5011 |
| 10/25/2010 | O | 8 | Official caption revised to add appellee designation for defendant, Ofori and Associates.  Mail Service - 10/25/10. Filed: 10/25/10. REV(10/25/10 by AR)  2011-5011 |
| 10/28/2010 | O | 9 | Entry of Appearance for Damien C. Specht as counsel on behalf of the appellee, Home Telos LP.  Mail Service - 10/26/10. Filed: 10/26/10. REV(11/02/10 by SCN)  2011-5011 |
| 10/28/2010 | O | 10 | Entry of Appearance for Eric R. Haren as counsel on behalf of the appellee, Home Telos LP.  Mail Service - 10/26/10.  Filed: 10/26/10. REV(11/02/10 by SCN)  2011-5011 |
| 10/28/2010 | O | 11 | Entry of Appearance for Leslie H. Lepow as counsel on behalf of the appellee, Home Telos LP.  Mail Service - 10/26/10. Filed: 10/26/10. REV(11/02/10 by SCN)  2011-5011 |

# United States Court of Appeals for the Federal Circuit

## 2011-5011:  HOMESOURCE REAL ESTATE V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 10/28/2010 | O | 12 | Notice of Rejection: The Entry of Appearance for James S. DelSordo, counsel on behalf of the petitioner, HomeSource Real Estate Asset Svcs, Inc., received on 10.27.10, cannot be filed; no original signature.  Court Service - 10/28/10.  Mailed: 10/28/10. REV(10/29/10 by AMT)  2011-5011 |
| 10/28/2010 | O | 13 | Notice of Rejection: The EOA and COI for John M. Murdock, counsel on behalf of the petitioner, HomeSource Real Estate Asset Svcs, Inc., received on 10.27.10, cannot be filed; the EOA has no original signature & the COI cannot be filed without and EOA  Court Service - 10/28/10.  Mailed: 10/28/10. REV(10/28/10 by JSG)  2011-5011 |
| 10/28/2010 | O | 14 | Notice of Rejection: The Entry of Appearance for Janine S. Benton, principal counsel on behalf of the petitioner, HomeSource Real Estate Asset Svcs, Inc., received on 10.27.10, cannot be filed; the attorney is not a member of the bar.  Court Service - 10/28/10.  Mailed: 10/28/10. REV(10/28/10 by JSG)  2011-5011 |
| 10/28/2010 | O | 15 | Notice of Rejection: The Entry of Appearance for J. Alex Ward, principal counsel on behalf of the appellee, Home Telos LP, received on 10.27.10, cannot be filed; the attorney is not a member of the bar.  Court Service - 10/28/10.  Mailed: 10/28/10. REV(10/28/10 by JSG)  2011-5011 |
| 10/29/2010 | O | 16 | Official caption revised to add appellee designation to defendant Home Telos LP, pursuant to entries of appearance by counsel.  Court Service - 10/29/10.  Filed: 10/29/10. REV(10/29/10 by AMT)  2011-5011 |
| 11/03/2010 | O | 17 | NOTICE OF REJECTION:  Certificate of Interest from the Defendant-Appellee, Home Telos, LP, Attorney who signed the Certificate of Interest has not entered an Entry of Appearance.  Court Service - 11/03/10.  Mailed: 11/03/10. REV(11/03/10 by JS)  2011-5011 |
| 11/05/2010 | O | 18 | Entry of Appearance for J. Alex Ward as principal attorney on behalf of the defendant-appellee, Home Telos, LP.  Mail Service - 10/26/10.  Filed: 11/05/10. REV(11/10/10 by SCN)  2011-5011 |
| 11/08/2010 | O | 19 | Certificate of Interest for the appellee, Home Telos, LP.  Mail Service - 11/05/10.  Filed: 11/05/10. REV(11/10/10 by SCN)  2011-5011 |

# United States Court of Appeals for the Federal Circuit

## 2011-5011: HOMESOURCE REAL ESTATE V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 11/08/2010 | O | 20 | Docketing Statement for the appellee, United States.  Mail Service - 11/05/10. Filed: 11/05/10. REV(11/08/10 by AR) 2011-5011 |
| 11/12/2010 | O | 21 | Entry of Appearance for James DelSordo as counsel on behalf of the plaintiff-appellant, Homesource Real Estate Asset Services, Inc.  Mail Service - 11/01/10.  Filed: 11/04/10. REV(11/17/10 by SCN)  2011-5011 |
| 11/12/2010 | O | 22 | Entry of Appearance for John M. Murdock as principal attorney on behalf of the plaintiff-appellant, Homesource Real Estate Asset Services, Inc.  Mail Service - 11/10/10. Filed: 11/10/10. REV(11/17/10 by SCN)  2011-5011 |
| 11/12/2010 | O | 23 | Docketing Statement for the defendant-appellee, Ofori & Associates, P.C.  Mail Service - 11/10/10. Filed: 11/10/10. REV(11/12/10 by JC)  2011-5011 |
| 11/15/2010 | O | 24 | Certificate of Interest for the appellant, Homesource Real Estate Asset Services, Inc.  Mail Service - 11/10/10. Filed: 11/10/10. REV(12/06/10 by AR)  2011-5011 |
| 11/22/2010 | O | 25 | Docketing statement for the appellant, Homesource Real Estate Asset Services, Inc.  Mail Service - 11/12/10. Filed: 11/12/10. REV(11/22/10 by LAW)  2011-5011 |
| 11/23/2010 | O | 26 | Notice to Appellee: The Docketing Statement for the appellee, Home Telos, LP is overdue. The docketing statement shall be filed no later than 12/03/2010.  Court Service - 11/23/10. Mailed: 11/23/10. REV(11/23/10 by AR)  2011-5011 |
| 12/02/2010 | O | 27 | Docketing Statement from the Defendant-Appellee, Home Telos, LP.  Mail Service - 11/12/10.  Filed: 11/12/10. REV(12/02/10 by JS)  2011-5011 |
| 12/09/2010 | O | 28 | Entry of Appearance for Janine S. Benton, as counsel on behalf of the Plaintiff-Appellant, ET AL.  Mail Service - 12/09/10. Filed: 12/09/10. REV(12/13/10 by SCN)  2011-5011 |
| 12/14/2010 | B | 29 | Homesource Real Estate Asset Services, Inc. [Appellant] - Brief for Plaintiff-Appellant. Mail Service-12/13/10. Filed: 12/13/10. [Confidential and Nonconfidential versions]  REV(12/14/10 by SEW)  2011-5011 |
| 01/14/2011 | O | 30 | Letter of counsel for appellee Home Telos, LP advising that he has a conflict for oral argument for 3/21 to 3/28/11.  (clerk noted)  Mail Service - 01/12/11.  Received: 01/14/11. REV(01/14/11 by KSH)  2011-5011 |

# United States Court of Appeals for the Federal Circuit

## 2011-5011: HOMESOURCE REAL ESTATE V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 01/24/2011 | O | 31 | Entry of Appearance for Todd P. Maiberger as counsel on behalf of the defendant-appellee, the United States.  Mail Service - 01/21/11.  Filed: 01/21/11. REV(01/25/11 by SCN)  2011-5011 |
| 01/27/2011 | B | 32 | Home Telos, LP (a/k/a HomeTelos, LP) [Appellee] - Response Brief for Defendant-Appellee Hometelos, LP. Mail Service-01/24/11. Filed: 01/24/11. [Confidential and Nonconfidential versions]  REV(02/04/11 by IW)  2011-5011 |
| 02/02/2011 | B | 33 | United States [Appellee] - Brief of Defendant-Appellee, United States. Mail Service-01/27/11. Filed: 01/27/11. [Confidential and Nonconfidential versions]  REV(02/14/11 by SEW)  2011-5011 |
| 02/16/2011 | B | 34 | Homesource Real Estate Asset Services, Inc. [Appellant] - Reply Brief for Plaintiff-Appellant. Mail Service-02/14/11. Filed: 02/14/11. [Confidential and Nonconfidential versions] REV(02/24/11 by SEW)  2011-5011 |
| 02/25/2011 | B | 35 | Homesource Real Estate Asset Services, Inc. [Appellant] - Joint Appendix. Mail Service-02/22/11. Filed: 02/22/11. [Confidential and Nonconfidential versions]  REV(02/25/11 by LAW)  2011-5011 |
| 03/11/2011 | O | 36 | Notice of Correction for the brief of Defendant-Appellee, United States  Mail Service - 03/08/11.  Filed: 03/08/11. REV(03/11/11 by C_C)  2011-5011 |
| 03/22/2011 | O | 37 | NOTICE OF CALENDARING issued. Panel: 1105A on May 2, 2011.  Entered: 03/22/2011.  (EOD 03/22/2011 by KSH) 2011-5011 |
| 03/31/2011 | O | 38 | Response to oral argument order from the appellee, Home Telos, LP stating that J. Alex Ward will argue.  Mail Service - 03/29/11.  Received: 03/29/11. REV(04/19/11 by SC)  2011-5011 |
| 04/12/2011 | M | 39 | Appellee [Ofori and Associates] - Appellee  Ofori and Associates' response to oral argument order [treated as a motion] waiving oral argument though opposing counsel may choose to argue. [NPF]  Mail Service - 04/11/11. Filed: 04/12/11. Action on Motion (42): Granted for Ofori and Associates only. by Merits Panel. Filed: 04/29/11. EOD(04/12/11 by KSH)  REV(04/29/11 by PJT)  2011-5011 |

# United States Court of Appeals for the Federal Circuit

## 2011-5011: HOMESOURCE REAL ESTATE V US

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 04/12/2011 | O | 40 | Response to oral argument order from the appellee, United States stating that Joseph E. Ashman will argue. Mail Service - 04/08/11. Received: 04/08/11. REV(04/12/11 by LAW)  2011-5011 |
| 04/12/2011 | O | 41 | Response to oral argument order from the appellant, Homesource Real Estate Asset Services, Inc. stating that John M. Murdock will argue. Mail Service - 04/06/11. Received: 04/06/11. REV(04/12/11 by LAW)  2011-5011 |
| 05/02/2011 | O | 43 | Submitted after ORAL ARGUMENT by John M. Murdock and J. Alex Ward, Joseph E. Ashman. Panel: Lourie, Bryson and Linn. Entered: 05/02/2011. (EOD 05/02/2011 by KSH) 2011-5011 |
| 05/04/2011 | D | 44 | Disposition: Affirmed by Panel (Per Curiam) (Rule 36) Nonprecedential. Judgment Entered: 05/04/11. Costs against Appellant. Filed: 05/04/11. Mandate issued to the CFC: 07/14/11. REV (07/22/11 by CS) 2011-5011 |
| 05/19/2011 | O | 45 | Appellee Home Telos, LP ( a/k/a Home Telos, LP)  Bill of cost against appellant. Mail Service - 05/18/11. Filed: 05/18/11. REV(07/22/11 by CS)  2011-5011 |
| 05/24/2011 | O | 46 | Notice of rejection: Appellee United States Bill of cost against appellant received May 23, 2011, is rejected as untimely. Court Service - 05/23/11. Mailed: 05/23/11. REV(06/16/11 by CS) 2011-5011 |
| 05/27/2011 | M | 47 | Appellee [United States] - Unopposed motion for leave to file Bill of Costs out to time. Mail Service - 05/27/11. Filed: 05/27/11. On consent. Action on Motion (48): Motion granted. The Bill of Costs is accepted for filing. by Merits Panel. Filed: 06/02/11. EOD(05/27/11 by JB)  REV(06/02/11 by JB)  2011-5011 |
| 06/02/2011 | O | 49 | Appellee United States' Bill of Costs against the appellant. Mail Service - 05/27/11. Filed: 06/02/11. REV(06/02/11 by JB) 2011-5011 |
| 07/14/2011 | O | 50 | Cost taxed against the appellant Homesource Real Estate Asset Services, Inc. on behalf of Appellee United States, in the amount of $544.08. Court Service - 07/14/11. Entered: 07/14/11. REV(07/14/11 by CS)  2011-5011 |
| 07/14/2011 | O | 51 | Cost taxed against appellant Homesource Real Estate Asset Services, Inc., on behalf of appellee Home Telos, LP in the amount of $950.60. Mail Service - 07/14/11. Entered: 07/14/11. REV(07/14/11 by CS)  2011-5011 |

# United States Court of Appeals for the Federal Circuit

## 2011-5011:  HOMESOURCE REAL ESTATE V US